

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0997-10

## MICHAEL RUNNINGWOLF, Appellant

### v.

## THE STATE OF TEXAS

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE SEVENTH COURT OF APPEALS
## FLOYD COUNTY

**KELLER, P.J., filed a dissenting opinion.**

The offense of simulating legal process proscribes the act of recklessly causing the delivery of "any document that simulates a summons, complaint, judgment, or other court process."[1] In conducting a sufficiency of the evidence analysis in this case, the court of appeals did not apply any overarching standard of what constitutes simulating legal process.[2] Rather, the lower court simply catalogued a number of similarities between the documents appellant produced and legitimate court

---

[1]  TEX. PENAL CODE § 32.48.

[2]  *See Runningwolf v. State*, 317 S.W.3d 829, 836-38 (Tex. App.–Amarillo 2010).

documents.[3]

The Court now adds to the list of factors, saying that an appellate court may consider "whether a similarly situated reasonable person receiving the document would believe it was legal process."[4] But the court of appeals did not consider how a reasonable person would view the document, and it is not apparent to me that a reasonable person would perceive this document as legal process.[5] I would adopt the reasonable person construct articulated by the Court and remand this cause to the court of appeals to reconsider the sufficiency of the evidence under that standard. Because the Court does not do so, I respectfully dissent.

Filed: March 7, 2012
Publish

---

[3] *Id.* The court of appeals explained that the document contained "a wealth of declarations and maxims seemingly designed to undermine the validity of the custody arrangement through state courts and to persuade the named Defendants to recognize the supremacy of the ecclesiastical court." *Id.* at 836. Among other things, the court of appeals pointed out that the document had a bold-faced heading with the name of the court, an official seal, a pronouncement of authority, a list of persons named as "demandants" and others named as defendants, a demand for compliance, a statement that a default judgment had been granted, and eight counts against the defendants using such terms as "contempt" and "conspiracy." *Id.* As the Court's opinion explains, the court of appeals developed "a nonexhaustive list of relevant factors to determine whether a document simulates legal process." Court's op. at 9.

[4] Court's op. at 9. Although the statutory language would seem broader than such a reasonable person standard, this standard could function as a legitimate narrowing construction needed to prevent the statute from being unconstitutionally vague as applied to certain cases. *See Long v. State*, 931 S.W.2d 285, 295 (Tex. Crim. App. 1996) (narrowing construction can be used to avoid a constitutional violation).

[5] A copy of the document is attached to this opinion. The Court says that appellant intended that the recipient submit to the authority of the document. But in delivering this document, it appears that appellant intended to procure submission to the authority God, not the Law.

"The earth is the Lord's and the fullness thereof, the world and they that dwell therein." Psalms 24:1

# Kingdom of Heaven Ecclesiastic Court

*Causae ecclesiae publicis causis aequiparantur.*
(The cause of the church is a public cause.)

By the Authority and Power delegated to me solely by the Grace of God, in and through our Lord and Savior Jesus, the Christ, in accordance with His Commandments, Precepts, Judgments, Statutes, Ordanances, and Testament in and of His Holy Writ, solely by and under the Leading of His Warrant in Law and by His Will, do I, an ordained Minister of His Gospel, Doctor of Divinity, and Bishop in and of His Body issue this **Non-Statutory Abatement** in His Court.

Comes Now, His Lawful emissary, grateful to Almighty God for our Liberty in the Christ, to humbly Extend Greetings and Salutations to you from our Lord, Savior, and Testator Jesus, the Christ, and myself by Visitation, to exercise His Ministerial Powers in this Matter, in His Name, by His Authority, under Direction of His Warrant, Mandate and Will contained in His Holy Writ, revealed from the beginning both in His Testament written of Him in Holy Scripture and in Him everlasting.

*Locus sigilia ecclesiae:*

_____*A. Bennett*_____, Officialis/officiating judge/Ecclesiastic Court
Emisarius Ecclesiasticus

Sealed under Authority of the Christ, by His Direction of my own hand on this Glorious day of His Eternal Reign.

---

Doris Ledbetter, bondservant of Jesus, the Christ.
Paternal great-great grandmother of Teasia Camille Glenn,
a minor child
Floydada, Texas

Yolanda Martin, bondservant of Jesus, the Christ.
Paternal grand-aunt of Teasia Camille Glenn, a minor
child
Floydada, Texas

Venita L. Glenn, bondservant of Jesus, the Christ.
Paternal grandmother of Teasia Camille Glenn, a minor
child
Floydada, Texas
**Demandants**

Against

Floyd County Sheriff Department
Floyd County, Texas

Floydada Police Department
Floydada, Texas

Attorney Lex Herrington
Floydada, Texas

**Part One**
Non-Statutory Abatement
Date: **March 22nd, 2008**





STATE'S EXHIBIT

Child Protective Services of Texas (C.P.S.)
Plainview, Texas

Helen Coleman
602 South Main Street
Floydada, Texas 79235

Monica Wickware
Lubbock, Texas
**Defendants**

## Non-Statutory Abatement

By Doris Ledbetter (the Paternal Great-great grandmother), Yolanda Martin (the Paternal Grand-aunt), and Venita L. Glenn (the True and Lawful Paternal Grandmother, representing **Teasia Camille Glenn**, a minor child), as Good and Lawful Christian Women, and bondservants of Jesus, the Christ, Demanding the compliance of a Court Order issued by the **Kingdom of Heaven Ecclesiastic Court** on the sixteenth day of the tenth month in the two-thousandth and seventh year of Our Sovereign Lord and Savior Jesus, the Christ. And,

Whereas, a Default and Default Judgment was Lawfully granted and issued in the matter on the twenty-sixth day of the tenth month in the two-thousandth and seventh year of Our Sovereign Lord and Savior Jesus, the Christ, Defendants have, 1) **not** complied; and, 2) have, **by** their contempt of the ecclesiastic court, through their ignorance of the law, made claims that it is a hoax; and, 3) that through **personal preference**, claim they do not have to abide by it; thereby, placing themselves **above** the laws of the land and the **Law of God**; and have done so in front of several witnesses.
Demandants

In the matter of eight counts: 1) **Contempt of a Court Order**; 2) **Contempt of Ecclesiastic Courts**; 3) **Contempt of United States federal law**; 4) **Contempt of the United States Constitution**; 5) **Contempt of Texas State law**; 6) **Contempt of the Texas State Constitution**; 7) **Conspiracy by Contempt to Defraud, Ignore, and Diminish Ecclesiastic Courts** (and their jurisdiction) **contrary to** federal law and mandate; 8) **Failure to Abide by a direct Court Order**.

*Locus sigilii ecclesiae:* _Venita L. Glenn_ , a bondservant of Jesus, the Christ
Demandant

_Doris Ledbetter_ , a bondservant of Jesus, the Christ
Demandant

_Yolanda Martin_, a bondservant of Jesus, the Christ
Demandant

**Be it Known and Remembered by All to Whom These Presents Come,
and May Concern:**

# Declaration of Authority and Jurisdiction:

(**Note**: The usage of federal and state statues, laws, and codes is **only** meant to educate you on your own purported laws concerning this matter so that you may comply with the **Orders** and **Decrees** of this court. Other than that, they have **no** substance in this Non-Statutory Abatement which is issued **solely** under **Ministerial Power and Authority**.)

By authority of the **1876 Constitution of the State of Texas Preamble**, "Humbly invoking the blessing of **Almighty God**..." By using an Ecclesiastic Clause as an Enacting Clause in law, those who

framed, wrote, and voted on the 1876 Constitution of the State of Texas and its Preamble placed ecclesiastic courts **above** all civil, criminal, or military courts; and,

All state constitutions start with an enacting statement or clause that identifies the authority **for their** existence; whether by Supreme Ruler, by petty kings, or by the sovereign people themselves, the weight of authority has deemed an enacting clause to be **mandatory** as a form to evidence power **and** authority; and,

Article 1 of the **Texas Bill of Rights**, Section 6, Section 9, and Section 14, "...a court of **competent jurisdiction...**"; and,

**United States Constitution, Article IV, Sec. 2**: "The Citizens of each State **shall** be entitled to all Privileges and Immunities of Citizens in the several States."; and,

**Title 18>Part 1> Chapter 13> Sec.241. (Conspiracy against rights)**: " If two or more persons **conspire** to injure, oppress, threaten, **or** intimidate any person in any State, Territory, Commonwealth, possession, or District in the free exercise or enjoyment of **any** right or privilege secured to him by the Constitution or laws of the United States, **or** because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -

They **shall** be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section **or** if such acts include **kidnapping** or an attempt to kidnap, aggravated sexual abuse or an attempt to commit sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."; and,

**Title 18>Part 1>Chapter 13> Sec. 242. (Depravation of rights under the color of law)**: "Whomever, **under the color of any law**, statute, ordanance, regulation, or custom, **willfully** subjects **any** person in any State, Territory, Commonwealth, possession, or District to the **depravation of any** rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, **shall** be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from such acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section **or** if such acts include **kidnapping** or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, **shall** be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death."; and,

**Mark: First English E. L. Church v. Dysinger/120 C.A. 139, 6P.2nd 522**: "Civil courts may **not** substitute their opinions for the determinations of the **authorized tribunals of the church...**"; See also: **Maxwell v. Brougher/99 C.A. 2nd. 824, 222 P.2nd 910; and,**

**Mark: Short v. Stotts/58 Indiana 29 (1877)**, "The whole system of **English** ecclesiastical courts, as separate from the civil, is **foreign** to our (i.e., United States) institutions, and has **no place** in our (i.e., United States) jurisprudence." There is **no** distinction between the lay and ecclesiastical jurisdiction; ecclesiastical courts are considered as much a spiritual as a temporal **tribunal.**"; and,

**Maxim of law**: *Ignorantia juris non excusat.* Ignorance of the law is **no** excuse.

**Mark: Short v. Stotts/58 Indiana 29 (1877)**, "There is here, therefore, **no** conflict of jurisdiction between the courts of the one class and the other." (i.e., civil and ecclesiastic courts). Ecclesiastic courts have **never** been brought under civil authority in the United States; and,

**Mark: Wheelock v. First Presbyterian Church/119 C. 477, P.841**: "The rule may be stated that in the decision of the ecclesiastic body empowered to determine these matters is **conclusive**, not only on the church, but also on the **civil courts...**" See also: **Permanent Committee of Missions v. Pacific Synod of Presbyterian Church/157 C. 105, 106 P.395** (Decision of church general assembly); and, **Maxwell, supra. (Decision of Congregation of the Baptist Church)**; and,

**Mark: Grant v. Chambers/ 34 Texas 573 (1871)**: " The several **tribunals** (i.e., which included ecclesiastic tribunals) of the rebel states **were** recognized and **never** abrogated by the reconstruction acts and by the military authorities of the United States."; and,

**Mark: Leitensdorfer v. Webb/ante.** : "These **tribunals** are a judicial system consisting of a superior or appellate court and circut courts whose jurisdiction is specifically defined, with **both** civil and criminal jurisdiction." and, **Handlin v. Wickliffe/12 Wall. 173**: "As to this class of courts (i.e., provost tribunals, military tribunals, and ecclesiastical tribunals/ecclesiastic courts), it is to be said in general - that they **are** as legally authorized as any other courts of the land; and that their orders, decrees and records **are** entitled to the same full faith and credit as those of **any** other lawfully constituted tribunals." See also: **Lanfear v. Mestier/18 La. Ann.497; Taylor v. Graham/id. 656; Scott v. Billgerry/40 Miss. 119; Murrell v. Jones/id. 565**; and also: **9 Wall. 129; United States v. Reiter and Louis/13 Am. Law. Reg. 534; Hefferman v. Porter/6 Coldw. (Tenn.) 391**; and, **G.O. 6, Department of the Gulf (Texas) (1864)**; and,

**Maxim of Law**: *Summa Ratio est quae pro Religione facit,* (i.e., If ever the laws of God and men are at variance, the former are to be obeyed in derogation of the latter.); and,

**Mark:** According to church law, a **Bishop** (i.e., a judicial vicar or *officialis*) possesses the authority and power, by **Ministerial Right** to officiate and preside as an **ecclesiastic judge** in the court (i.e., **Court of Divine Justice**) of ecclesiastical and Biblical Law. He **must** be **ordained**, and hold a **doctorate**, or at least a license in cannon law; and,

The jurisdiction of ecclesiastic courts is **ecclesiastical causes** (*Causae Ecclesiae*); and they do **not** render "opinions", but rather render declarations from scripture, i.e., God's Covenant or Writ. Hence, ecclesiastic courts are **Separate** and **Higher** in authority being both spiritual **and** temporal in jurisdiction because they are **sovereign** under God, a sovereignty that is **non-negotiable**.; and,

Ecclesiastic Courts **are** a Lawful system of courts, held by the authority of the Crown, who is the Supreme Govenor of the church, the Sovereign Lord, **King Jesus, the Christ**. The ecclesiastical courts have jurisdiction over all matters spiritual and temporal, **"The earth is the Lord's and the fullness thereof, the world and they that dwell therein."** (Psalms 24:1) Therefore, His courts **do not** need foreign or outside governmental permission to exist or operate; therefore,

His Holy Writ, i.e., Scripture, prohibits **any** power from setting aside God's Law. There is **no** condition under which God's Law is suspended, whether war, economic strife, or social chaos. His Holy Writ and Mandate, i.e., Scripture, does **not** recognize martial law, martial rule, or emergency powers; and,

**Mark:** The church, i.e., *ecclesia* (e'dah), **only**, being **fully** commissioned by the Sovereign King of Heaven and Earth, has the **true** authority of carrying on the **Lord's Venue**. No other institution upon this earth has Lawful right; and,

His Kingdom, created and established by God, has **one** Law for all (i.e., God's Law), for **every** tribe, nation, and language that exists in the world; therefore,

By Authority of all Power in Heaven and earth being given from the beginning unto our Lord and Savior Jesus, the Christ, Who died and rose again that He might be Lord of both the dead and living; and all things having been delivered of God our Father to Him; all Power over all flesh having been given unto Him; all

Judgment having been committed unto Him by God our Father, for it has been written from the beginning, The Kingdom is the Lord's, and He is the Govenor among the nations; and, all government is upon His shoulders and of the increase of His Government there is no end; and it has also been written from the beginning, His Kingdom is an everlasting Kingdom, and all powers shall serve and obey Him, and,

By and through His sanctification, having sent His *ecclesia* into the world to bear Witness of Him to the world, and delegating to all who sojourn in Him power to tread on serpents and scorpions, and over all power of the enemy, our Lord and Savior Jesus, the Christ, by and through His Lawful Emissary proclaims:

This ecclesiastical court of Divine Justice (i.e., Kingdom of Heaven Ecclesiastic Court) is called to place: 1) The **Floyd County Sheriff Department** (Floyd County, Texas); 2) The **Floydada Police Department** (Floydada, Texas); 3) Attorney **Lex Herrington** (Floydada, Texas); 4) **Child Protective Services of Texas** (Plainview, Texas); 5) **Helen Coleman** (Floydada, Texas); and, 6) **Monica Wickware** (Lubbock, Texas) on trial before God's Holy Court, judged by His Holy Law. In this case, we are calling 1) The **Floyd County Sheriff Department** (Floyd County, Texas); 2) The **Floydada Police Department** (Floydada, Texas); 3) Attorney **Lex Herrington** (Floydada, Texas); 4) **Child Protective Services of Texas** (Plainview, Texas); 5) **Helen Coleman** (Floydada, Texas); and, 6) Monica Wickware (Lubbock, Texas) to God's Bar of Justice in the matter of **eight** counts: 1) **Contempt of a Court Order**; 2) **Contempt of Ecclesiastic Courts**; 3) **Contempt of United States federal law**; 4) **Contempt of the United States Constitution**; 5) **Contempt of Texas State law**; 6) **Contempt of the Texas State Constitution**; 7) **Conspiracy by Contempt to Defraud, Ignore, and Diminish Ecclesiastic Courts** (and their jurisdiction) **contrary** to federal law and mandate; 8) **Failure to Abide by a direct Court Order**.

## Introduction:

This Non-Statutory Abatement is issued by and under the Ministerial Power and Authority vested solely in and appertaining to the Ministerial Office of Christ, established from everlasting and forever in Truth and Substance by the Grace of God through the Christ, Who **is** the **Foundation of Law**, customs, and usages common among all those sojourning Good and Lawful Christian Peoples (i.e., *lex non scripta, lex et consuetude regni,* and *jus publicum*), being co-heirs and appointed co-Executors of His Testament governing His Estates brought into being by His original Act sworn to by Him in His Testament in and from the beginning, and in Lawful execution of His Judgments declared therein by Him against: 1) **The Floyd County Sheriff Department** (Floyd County, Texas); 2) **The Floydada Police Department** (Floydada, Texas); 3) **Attorney Lex Herrington** (Floydada, Texas); 4) **Child Protective Services of Texas** (Plainview, Texas); 5) **Helen Coleman** (Floydada, Texas); and 6) **Monica Wickware** (Lubbock, Texas), having proclaimed by their acts that they are enemies of, and alien to our Lord and Savior Jesus, the Christ for whom we minister and serve. Said Defendants are attempting to plunder His Body and Estate by: 1) **Contempt of a Court Order**; 2) **Contempt of Ecclesiastic Courts**; 3) **Contempt of United States federal law**; 4) **Contempt of the United States Constitution**; 5) **Contempt of Texas State law**; 6) **Contempt of the Texas State Constitution**; 7) **Conspiracy by Contempt to Defraud, Ignore, and Diminish Ecclesiastic Courts** (and their jurisdiction) **contrary** to federal law and mandate; 8) **Failure to Abide by a direct Court Order**, using **unproven** strange and alien purported process not recognized by, but outside, the Law of our Master.

The aforesaid unproven and alien purported process is outlawed in His Kingdom because it disturbs His Peace that he bestowed upon His Lawful Estate, and it conflicts with His Law He put into our inward parts; for it has been written from the beginning,....after those days, saith the Lord, I will surely put My Laws into their minds, and write them on their hearts; and I will be to them a God, and they shall be to Me a people; and,

Conflicts with the **law of the land** are **not** acceptable, for it has been written from the beginning, In the beginning God created the heavens and the earth; and the Christ is before all things, and by Him all things consist:

Wherefore, it has been written from the beginning, The Kingdom of God cometh not with observation;

Therefore, the Law He put on our inward parts, known by all to be the *lex non scripta*, is the *jus publicum* and the *lex et consuetude regni* in His Lawful Estate, Dominions, and Holy Writ governing His Body (i.e., Good and Lawful Christian People; i.e., ecclesia), for it has been written from the beginning, That which may be known of God is manifested in them, for God hath shewed it unto them, so that they are without excuse; and,

It has been written from the beginning, For where two or three are gathered together in My Name, there am I in the midst of them, and I Am the Way, the Truth, and the Life; no man cometh unto the Father, but by Me.

**Non-Statutory Abatement**
**Discourse:**
Chapter One:
Contempt of a Court Order; Contempt of Ecclesiastic Courts; Contempt of United States federal law; Contempt of the United States Constitution; Contempt of Texas State law; Contempt of the Texas State Constitution; Conspiracy by Contempt to Defraud, Ignore, and Diminish Ecclesiastic Courts (and their jurisdiction) contrary to federal law and mandate; Failure to Abide by a direct Court Order; Validity and Jurisdiction of Ecclesiastic Courts and expurgation of record; and Averments

Your **non-compliance**; and, **contempt** of the ecclesiastic court, through your ignorance of the law; and claims that it is a hoax; and, claims of **personal preference**, that you do not have to abide by it; thereby, placing yourselves **above** the laws of the land and the **Law of God**; your 1) **Contempt of a Court Order**; 2) **Contempt of Ecclesiastic Courts**; 3) **Contempt of United States federal law**; 4) **Contempt of the United States Constitution**; 5) **Contempt of Texas State law**; 6) **Contempt of the Texas State Constitution**; 7) **Conspiracy by Contempt to Defraud, Ignore, and Diminish Ecclesiastic Courts** (and their jurisdiction) **contrary** to federal law and mandate; 8) **Failure to Abide by a direct Court Order**; is invalid for Cause, and is herewith renounced and the purported record is to be expurgated because it is irregular and unauthorized, based upon the following, to wit:

Whereas, an office ought to be injurious to no one. *Officum nemini deget esse damnosum.* Therefore your actions of outlawry through color of law, and purported record contain the following Marks of Deceit:

First:
**Mark:** A Default and Default Judgment was **Lawfully** granted and issued in the matter of **Teasia Camille Glenn**, a minor child, on the **twenty-sixth** day of the **tenth** month in the **two-thousandth and seventh** year of Our Sovereign Lord and Savior Jesus, the Christ; Defendants have, 1) **not** complied; and, 2) have, by their **contempt** of the ecclesiastic court, through their ignorance of the law, made claims that it is a hoax; and, 3) that through **personal preference**, claim they do not have to abide by it; thereby, placing themselves **above** the laws of the land and the **Law of God**; and have done so in front of several witnesses; See: **Wheelock v. First Presbyterian Church/119 C. 477, P.841:** "The rule may be stated that in the decision of the ecclesiastic body empowered to determine these matters is **conclusive**, not only on the church, **but** also on the **civil courts**..." See also: **Permanent Committee of Missions v. Pacific Synod of Presbyterian Church/157 C. 105, 106 P.395** (Decision of church general assembly); **Maxwell, supra.** (**Decision of Congregation of the Baptist Church**); and, **Grant v. Chambers/ 34 Texas 573 (1871):** "The several **tribunals** (i.e., which included ecclesiastic tribunals) of the rebel states **were** recognized and **never** abrogated by the reconstruction acts and by the military authorities of the United States."; and,

Second:
**Mark:** Your actions, or rather the lack thereof **and** your contempt of the Law governing the Venue in which **Teasia Camille Glenn**, a minor child was found, and which she occupied solely by the Grace of God in the Christ; of which you showed no Oath, Vow, Promise, or Law attaching her to, or bringing her within, your alien and unproven purported venue from which you originate; See: **Leitensdorfer v. Webb/ante. :** "These

tribunals are a judicial system consisting of a superior or appellate court and circut courts whose jurisdiction is specifically defined, with both civil and criminal jurisdiction." (i.e., provost tribunals, military tribunals, and ecclesiastical tribunals), See also: **9 Wall. 129; United States v. Reiter and Louis/13 Am. Law. Reg. 534; Hefferman v. Porter/6 Coldw. (Tenn.) 391; and, G.O. 6, Department of the Gulf (Texas) (1864);** and,

Third:
**Mark: Short v. Stotts/58 Indiana 29 (1877),** "The whole system of **English** ecclesiastical courts, as separate from the civil, is **foreign** to our (i.e., United States) institutions, and has **no** place in our (i.e., United States) jurisprudence." There is **no** distinction between the lay and ecclesiastical jurisdiction; ecclesiastical courts are considered as much a spiritual as a temporal **tribunal.** The law is well settled as above stated; and,

Fourth:
**Mark: Short v. Stotts/58 Indiana 29 (1877),** "There is here, therefore, **no** conflict of jurisdiction between the courts of the one class and the other." (i.e., civil and ecclesiastic courts); and,

**Maxim of law:** *Ignorantia juris non excusat.* Ignorance of the law is **no** excuse.

Fifth:
**Mark:** Your actions **are** a corruption of Law having **no** thing in and is a distinct and separate from, and strange and alien to, the Law we minister in the Name and by the authority of Our Lord and Savior Jesus, the Christ, **and** are a corruption of law even according to your own purported laws; See: **Handlin v.Wickliffe/12 Wall. 173:** "As to this class of courts (i.e., provost tribunals, military tribunals, and ecclesiastical tribunals), it is to be said in general - that they **are** as legally authorized as **any** other courts of the land; and that their **orders, decrees** and records **are** entitled to the same full faith and credit as those of **any** other lawfully constituted tribunals." See also: **Leitensdorfer v. Webb/ante.; Lanfear v. Mestier/18 La. Ann.497; Taylor v. Graham/id. 656; Scott v. Billgerry/40 Miss. 119; and, Murrell v. Jones/id. 565;** and,

Sixth:
**Mark:** Your purported agencies and their fiduciaries **are** created legal fictions and established by an entity dead in Law because it has, and they have, **no** breath of Life breathed into it by the Spirit of God and therefore have no lineage to the Tree of Life and **are** *persona non standi in judicio,* for all those who trust in such spiritually dead entities are like those dead things; and,

Seventh:
**Mark:** Your actions, or lack thereof, show **contempt** of this **ecclesiastical court,** your own **federal law, United States Constitutional Rights, Texas State law,** and **Texas Constitutional Rights,** and **lack** jurisdictional facts, if in Truth and deed the spiritually dead can obtain jurisdiction, attaching to **Teasia Camille Glenn,** a minor child, who abides, lives, moves, and has her being in the Christ, and **not** in the darkness of your unproven purported venue, your aforesaid unproven purported venue being dead in the Law and *sans* recognition in the Law and Testament of our Lord and Savior Jesus, the Christ; and,

Eighth:
**Mark:** Your actions, or lack thereof, **are** contempt of **both** the Laws of God **and** the law of the land, and **fail** to affirmatively show, upon its face, any Lawful Warrant or Lawful Cause - all belief, reason, conjecture, supposition, presumption, speculation, opinion, probability, hearsay, or other vain imaginations of men not with standing in Law - for your trespass against His Dominions and the disturbance of His Peace inherited through Him by **Teasia Camille Glenn,** a minor child, **and** her true and Lawful paternal family, according to His Testament, for it is written from the beginning, "...as many as receive Him, to them gave He power to become sons (i.e., and daughters) of God, even to them that believe on His Name," which we have been delegated that aforesaid; but,

Ninth:

Your actions, or lack thereof, fail to affirmatively show upon its face, your Authority or Warrant in Law to **willfully** Conspire by Contempt to **Defraud, Ignore**, or **Diminish Ecclesiastic Courts** (and their jurisdiction) **contrary** to federal law and mandate; or your failure to **Abide** by a **direct Court Order**; or to **disparage** the High and Sacred Office of the Christ which we have been Commanded and Warranted from the beginning by Him in His Holy Writ to hold, occupy and minister for His sake; and,

Tenth:

**Mark:** Your actions, or lack thereof, do **not** evidence any Warrant or Authority in Law, have **no** evidence standing in the Law we execute and minister pursuant to His Writ, Command, under Lawful Warrant of the same; and,

Eleventh:

**Mark:** Your actions, or lack thereof, are **not** sealed with Authority evidencing lineage through His Body (i.e., *ecclesia*/church) traceable to the Tree of Life, and **are**, therefore, a **Trespass** against His Dominions **and** a breach of the Peace of our Lord and Savior Jesus, the Christ, in a **vain** attempt to circumvent His righteous Judgment upon the world and its darkness; and,

Twelveth:

**Mark:** Ministerial Power appertaining to the High and Sacred Office of the Christ to minister in His Name and by His Authority, for His Glory and majesty, can **only** be exercised by His Lawful emissaries.

Chapter Two:

Firstly:

Whereas, the Law in and of Him and His Lawful assembly (i.e., ecclesia) and ecclesiastical courts, are one and the same, for it has been written from the beginning, The glory which Thou gavest Me I have given them; that they may be one, even as We are one: I in them, and Thou in Me, that they may be made complete in one; and,

Whereas, by the Law in and of Him governing His Estate, said defendants, as enemies alien to Him and His Lawful ecclesia cannot Lawfully invade His Dominions, or willfully conspire by contempt to **Defraud, Ignore**, or **Diminish** His ecclesiastic courts and their jurisdiction, or fail to **Abide** by a **direct Court Order**; in order to **disparage** the High and Sacred Office of the Christ, of which they **have** designed for the aggrandizement and lusts of themselves and their father, Lucifer, as alien enemies of the Christ; and,

Whereas, said alien enemies, as agents of their father, **Lucifer the Fallen**, through their actions, or lack thereof, **are** acting contrary to the mandate given to **all** men, for it has been written from the beginning, Thou shalt **not** pervert the sentence of the poor in his judgment; and to subvert a man in his cause, the Lord approveth not; and an unjust witness kindles falsehoods and brings on quarrels; and,

Whereas, His Peace and Inheritance **is** the Law in His Lawful assembly, for it has been written from the beginning, For unto us a Child is born, unto us a Son is given: and the government shall be upon His shoulder; and His name shall be called Wonderful, Counselor, The Mighty God, The Everlasting Father, The Prince of Peace. Of the increase of His Government and Peace there shall be **no** end, upon the throne of David, and upon His Kingdom, to order it, and to establish it with judgment **and** with justice from **henceforth** even **forever**. The zeal of the Lord of hosts **will** perform this;

Now, therefore, your actions, or lack thereof, **are** an attempt to **usurp** His Authority, and **are** a disturbance of His Peace, and are a Trespass upon Him and His Lawful assembly, people, ecclesiastic courts, and **Teasia Camille Glenn**, a minor child;

Secondly:

Whereas, **all** Estates originate in **and** are of Inheritance vested by the Testament of our Testator Jesus, the Christ, because it has been written from the beginning, By Him all things consist; therefore, His Act establishing the original Estate **is** the highest Law, for all other inferior estates **are** derivative from and dependent upon His original Act, for it has been written from the beginning, In the beginning God created the Heaven and the earth; and His Cause for bringing His Estate into being **always** governs **all** within and every part derived from His Estate which He created, and **any** act done against His Cause is **not** Lawful, for His Law by which His Estate is created governs **all** within and is derived from it, for it has been written from the beginning, He is Perfection, and in Him is no corruption, evil, error, or sin; and,

Whereas, in His original Act, there is **no** Precept, Provision, or Warrant **for** a person dead to Him, to have any Inheritance or part in the Estate which is formed by, in, or from His original Act, for it has been written from the beginning, Blessed are they that do His commandments, that they may have right to the Tree of Life, and may enter through the gates into the city. For without, are dogs, and sorcerers, and whoremongers, murderers, and idolaters, and whosoever loveth and maketh a lie; and,

Whereas, it has been written from the beginning, The earth is the Lord's and the fullness thereof, the world and all that dwell therein it; wherefore no executor can convey that which he or she does not possess, because there is no provision or Warrant in the Testament of our Testator the Christ of which we are several joint-Heirs and appointed co-Executors, for it has been written from the beginning, Our God is a jealous God and He will not give His glory to strangers; and,

Whereas, those persons created or established by a purported law made with man's hands, and which of its own record is created by acts contrary to the Law of the Estate established by the original Act of our Testator; and partakes of the same, are dead to Him, for it has been written from the beginning, the dead know nothing, and there is no longer any reward to them; for their memory is forgotten; and

Whereas, actions by nobody are odious in Law; and,

Whereas, the Law revealed in the Christ is witnessed both by and in His Creation and His Word, and is the general Law in His lawful assembly and state; only that Law can be invoked and moved, legal fictions and other lies having no standing in His court, for it has been written from the beginning, Many wait on the favor of rulers; but justice comes to a man from the Lord; and,

Therefore, those creations made with man's hands and privately administered as law, are alien to the Christ, His Lawful assembly, Kingdom and state;

Now therefore, your actions or lack thereof, and their purpose, are rightly Judged by our Master to be dead to Him and His ecclesia, and to be of no force because of His condemnation of them:

Thirdly:

Whereas, your actions or lack thereof, contain scandalous and libelous matter all to the harm of His Lawful assembly in general, and to our Sister, **Teasia Camille Glenn**, a minor child in particular, who is one of us in the Christ, for it has been written from the beginning, Whether one member suffer, all the members suffer with them; or one member be honored, all the members rejoice with them,

Now therefore:

The Law of our Lord and Savior Jesus, the Christ righteously Judges, and has rightously Judged your actions or lack thereof to have nothing in Him, His Lawful assembly, and our Sister, **Teasia Camille Glenn**; and to be without Him, without Law, and without Truth; and,

There appears to be no factors which would warrant adjustment of the Abatement, due to a conflict of Law, for it has been written from the beginning, God divided the light from the darkness and the light shineth in darkness; and the darkness comprehended it not: Therefore, **Repent**, for the Kingdom of God is at hand,

and thereafter lay and prove in His Lawful ecclesiastic court that you bear the Seal and Testimony of the Most High in the Christ;

## Chapter Three
### Ordering Clause:
"Every direction of a court or judge, made or entered in writing, and not included in a judgment, is denominated an order."

His Lawful Ecclesiastic Court, in the Name and by the Authority of our Lord and Savior, Jesus, the Christ, so orders the said Defendants to abate their willful and odious actions of **non-compliance; and,** claims that it is a hoax; as well as claims of **personal preference,** thereby, placing the Defendants **above** the laws of the land and the **Law of God;** your 1) **Contempt of a Court Order;** 2) **Contempt of Ecclesiastic Courts;** 3) **Contempt of United States federal law;** 4) **Contempt of the United States Constitution;** 5) **Contempt of Texas State law;** 6) **Contempt of the Texas State Constitution;** 7) **Conspiracy by Contempt to Defraud, Ignore, and Diminish Ecclesiastic Courts** (and their jurisdiction) **contrary** to federal law and mandate; 8) **Failure to Abide by a direct Court Order** (through your ignorance of the law); and, your purported record expurgated, within **ten** days of the ordering of this Non-statutory Abatement, **or** show Cause in the Law in and of our Lord and Savior Jesus, the Christ why this Abatement should not lie - belief, reason, necessity, presumption speculation, opinion, morals, morality, moralism, philosophy, sophism, or sciolism having **no** standing in His Law. Any and all written response must include a detailed factual statement and supporting documentation, having standing in His Law. If more than **ten** days is needed to respond, it may be granted on written request to this Lawful ecclesiastic court on the Rule Day.

Because it has been written from the beginning that, All are without excuse, failure to obey this Lawful order of and from His Lawful ecclesiastic court or failure to respond in the time prescribed, herein, **will** result in Default and Default Judgment.

All remittance of this instant Cause should be sent to:

Emisarius Ecclesiasticus c/o
610 West Grover Street
Floydada, Texas 79235

For the next eight weeks concerning this instant Lawful Cause, to edify in particular all Christians and fellow bondservants sojourning in and with our Lord and Savior Jesus, the Christ, and for public viewing in general, a Public Notice of this Non-Statutory Abatement and Default Rule Day is posted for Public Record at the Floyd County Courthouse, in Floydada, Texas; and in several other places for all the world to Witness, Record, and have Knowledge.